IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES LEON MIDDLETON                                          PLAINTIFF

v.                          No. 4:18-CV-00480-JM-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                  DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED AND REMANDED, with instructions to develop the record as necessary and to fully and properly consider all the evidence of record and to formulate an RFC consistent with the evidence.

DATED this 13th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE