IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARLES LEON MIDDLETON**                                       **PLAINTIFF**

v.                       No. 4:18-CV-00480-JM-BD

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                 **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REVERSED AND REMANDED.

Judgment is entered in favor of the Plaintiff.

DATED this 13th day of May, 2019.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE